# United States District Court

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
| v. | CASE NUMBER: 13-mj-01086-BNB |
| CLIFFORD ERIC PERIAN | |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT ONE

Between on or about December 5, 2005 and March 24, 2011, in the State and District of Colorado, CLIFFORD ERIC PERIAN, defendant herein, knowingly received material that contained one or more images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(2)(B).

I further state that I am a Postal Inspector with the U.S. Postal Inspection Service and that this complaint is based on the following facts:

See Affidavit attached hereto and herein incorporated by reference.

Continued on the attached sheet and made a part hereof:    X  Yes     ____ No

s/Robert C. Barnett
*Applicant's signature*

Robert C. Barnett, Postal Inspector, USPIS
*Printed name and title*

Sworn to before me and:  ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: **24 May 2013**

Boyd N. Boland
*Judge's signature*

United States Magistrate Judge
*Printed name and title*

City and state: Denver, CO

| | |
|---|---|
| DEFENDANT: | CLIFFORD ERIC PERIAN |
| YOB: | 1960 |
| ADDRESS | Denver, Colorado |
| OFFENSE(S): | **Count 1:** Receipt of Child Pornography, Title 18 United States Code, Section 2252A(a)(2)(B). |
| LOCATION OF OFFENSE: | Denver County, Colorado |
| PENALTY: | **Count 1:** NLT 5 years, NMT 20 years imprisonment, NMT $250,000 fine or both, supervised release of NLT 5 years, NMT life, $100 Special Assessment Fee for the first offense; however, if defendant has a prior conviction under Chapters 110, 71, 109A, 117, Title 18 section 1591, or under section 920 of title 10 of the United States Code (article 120 of the Uniform Code of Military Justice), or under the law of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment or transportation of child pornography, or sex trafficking of children, NLT 15 years, NMT 40 years imprisonment, NMT $250,000 fine or both, supervised release of NLT 5 years, NMT life, $100 Special Assessment Fee. |
| AGENT: | Postal Inspector Robert C. Barnett<br>USPIS |
| AUTHORIZED BY: | Judith A. Smith<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 X   five days or less

THE GOVERNMENT

X    will seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:        ___ Yes        X  No

1

## AFFIDAVIT

I, Robert C. Barnett, being duly sworn, hereby depose and state that the following is true to the best of my information, knowledge and belief. This information was given to me by Postal Inspector Linda M. Jensen and other Postal Inspectors as well as gathered from my investigation.

## INTRODUCTION AND AGENT BACKROUND

1. I am a Postal Inspector with the United States Postal Inspection Service (USPIS) assigned to the Denver Division, and domiciled in Denver, CO. I have been so employed since 2003. As a United States Postal Inspector, I am responsible for the investigation of federal offenses involving the transportation, distribution, receipt, and sale of child pornography through United States mail in violation of Title 18, United States Code, Sections 2252 and 2252A. I have received child exploitation investigation training developed by the Postal Inspection Service. The specific training included, but was not limited to, online child exploitation investigations, undercover online investigations, and computer imaging and forensics.

2. As part of my duties as a United States Postal Inspector, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of Title 18, United States Code, Sections 2252 and 2252A. I have received training and instruction in the field of investigation of child pornography and have had the opportunity to participate in investigations relating to the sexual exploitation of children. As part of my training and experience, I have reviewed images containing child pornography in a variety of formats (such as digital still images and video images) and media (such as storage devices, the Internet, and printed images).

3. This affidavit is submitted in support of an application for an arrest warrant for CLIFFORD ERIC PERIAN, for violations of Title 18, United States Code, Sections 2252A(a)(2)(B).

4. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are necessary to establish probable cause to believe that evidence of violations of Title 18, United States Code, Sections 2252 and 2252A.

5. The information contained within this affidavit is based on my training and experience, as well as information related to me by other law enforcement officers, including Postal Inspector Brian Bone. Postal Inspector Bone has been employed by USPIS since February 2007 and he is currently assigned to the U.S. Department of Justice's Child Exploitation and Obscenity Section in Washington, D.C. Postal Inspector Bone has participated in numerous investigations and search warrant executions involving child exploitation offenses. Postal Inspector Bone has received extensive training in computer forensics and digital investigations from the Treasury Computer Forensic Training Program, National White Collar Crime Center, and the International Association of Computer Investigative Specialists ("IACIS"), including specialized training on digital data recovery, and the investigation and analysis of e-mail communications and Internet activities, such as instant messaging programs, newsgroups, and forums. Postal Inspector Bone also has received training on the use of specialized forensic software programs, including I-Look, Encase by Guidance Software, and Forensic Tool Kit by Access Data. Prior to becoming a Postal Inspector, he worked as a sworn law enforcement officer within the State of Illinois for over 8 years and was employed during that time by the Office of the State's Attorney, Lake County, Illinois, and the Office of the Sheriff, Lake County, Illinois. In this position, he was assigned to the Cyber Crimes Division and the Child Exploitation Unit, which investigated child exploitation related offenses and various computer related crimes.

## DEFINITIONS

6. The following definitions apply to this Affidavit.

7. The term "minor," as used herein, is defined pursuant to 18 U.S.C. § 2256(1) as "any person under the age of eighteen years."

8. The term "sexually explicit conduct," as used herein, is defined pursuant to 18 § U.S.C. 2256(2)(A) as "actual or simulated— (i) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (ii) bestiality; (iii) masturbation; (iv) sadistic or masochistic abuse; or (v) lascivious exhibition of the genitals or pubic area of any person."

9. "Child Pornography" includes the definition in 18 U.S.C. § 2256(8) (any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct).

10. "Visual depictions" includes prints, copies of visual images, developed and undeveloped film and videotape, and data stored on computer disk or by electronic means, which is capable of conversion into a visual image See 18 U.S.C. § 2256(5). .

11. "Child Erotica" means materials or items that are sexually arousing to persons having a sexual interest in minors but that are not, in and of themselves, obscene or that do not necessarily depict minors in sexually explicit poses or positions.

## INVESTIGATION

12. In October of 2010, the United States Postal Inspection Service ("USPIS") and a Foreign Law Enforcement agency ("FLE") began an investigation into a movie production company that operated a website offering DVDs and streaming videos ("films") for sale. The majority of these films feature young boys and were marketed as "naturist films from around the world." FLE and USPIS determined that this production company ("Company") was located outside of the United States and was the subject of more than 20 complaints to the National Center for Missing and Exploited Children's Cyber TipLine regarding the sale of child pornography.

13. In October 2010, USPIS Inspectors accessed the website and were able to review film previews, website movie summaries, and customer ordering information. On six occasions between February 2011 and April 2011, USPIS Inspectors from Brentwood, Tennessee conducted controlled purchases of DVDs via the Company's online ordering system. By way of example, one of the videos purchased from the Company via an undercover purchase was titled "Cutting Room Floor – Vlaviu." The Company's website described this film as follows:

we sweep up the cutting room floor to bring you tow /sic/ action-packed discs of ooey-gooey slippery goodness with Vlaviu and his friends, Lore and Luci! Like our original . . . this is all the footage that didn't make the cut over the last 2-years from our Boy Fights series! This two disc set features Vlaviu and his buddies going commando in a very unique way. They're sweet enough, but that didn't stop them from breaking out the sugary cupcakes and giving you a whole new perspective on nudist food fighting! One this is for sure . . . there's no laundry to do tonight!

14. The video depicts minor boys seen naked in an apartment living room setting eating desserts and other food. There are several close-ups of the minors' genitals and pubic area as they eat desserts and towards the end of the film several of the boys are seen sitting naked on the desserts and placing the remnants in their anuses.

15. Law enforcement determined that the "Company" had a shipping facility located in North Tonawanda, New York and that the undercover online orders were transferred from the "International Company," to this New York based shipping facility for fulfillment.  These undercover orders were then shipped from North Tonawanda, New York via USPS Priority Mail to a post office box in Nolensville, Tennessee.

16. FLE executed a search warrant on the Company's business premises on May 1, 2011 and seized hundreds of DVD movies, photo DVDs (containing still shots from the DVD movies), computers, and business records, including customer shipping labels and customer order histories.  Many of the DVD movies included the lascivious exhibition of the genitals of nude minors.  Law enforcement determined that these films were being shipped to customers worldwide, including hundreds of individuals residing in the United States.  Law enforcement also determined that for those orders placed from the United States, the Company would fill those orders via USPS Priority Mail.  Law enforcement also determined that film orders were able to be directly downloaded from the internet.

17. The Company, as well as its two operating principals, were subsequently charged and are being prosecuted for child exploitation offenses, including the production and distribution of child pornography.

## IDENTIFICATION OF CLIFFORD ERIC PERIAN

18. Inspector Bone conducted a review of certain records contained in the "International Company's" customer database and located a customer, CLIFFORD ERIC PERIAN located at 351 S HOLLY ST, DENVER, CO, 80246-1419, DENVER COUNTY and determined that on multiple occasions, CLIFFORD ERIC PERIAN purchased films from this company's website.  Inspector Bone and USPIS employees extracted the customer invoices and purchase summary from the database, which details the purchase transactions made by CLIFFORD ERIC PERIAN.  A summary review of the transactions showed that between December 5, 2005 and March 24, 2011, Clifford Perian made 7 purchases of DVD movies and photos purchased via the "Company's" website, totaling $343.35 in United States currency.

19. All transactions reviewed by USPIS employees relating to Clifford Perian showed a billing and shipping address of 351 S HOLLY ST, DENVER, CO, 80246-1419, DENVER COUNTY and telephone number (303) 388-4937 or (303) 388-4037. The customer records related to this individual show that the purchaser used the following email as the confirmation email on the order:  cliffp05@comcast.net.  In addition to the contact information discussed above, the business records associated with each customer transaction also captured the date an order was placed and the IP address associated with the computer used to place the order.  Additionally, each customer transaction had a product identification number which corresponded to a specific film or DVD available for purchase.

20. Below is a summary CLIFFORD ERIC PERIAN's orders:

| Order Date | Order ID | Price of Movies | Product Identification Number and Movie Title(s) |
| --- | --- | --- | --- |
| 12/05/2005 | 4570 | $57.95 | 80194:  Czech Mates DVD |
| 01/6/2010 | 67781 | $31.70 | 90138:  In Glass Cage DVD |
| 06/06/2010 | 81214 | $53.65 | 70237: BF v2.0: FKK Paul DVD |
| 06/24/2010 | 82706 | $45.65 | 70235:  Azov Buds DVD |
| 03/03/2011 | 105727 | $42.85 | 70291:  Oskar Tetralogy DVD (4disc)<br>70855:  Bubble Boy DVD<br>70165:  Summer by the Canal DVD |
| 03/24/2011 | 107680 | $47.95 | DL70159ZIP: Paul In Pictures (PHOTOS) |

| 12/29/2008 | 39627 | $105.40 | 70123: Boys Fight XV!!!: Commando Squared DVD<br>70094: Water Wiggles Going Commando: Boy Fights XI<br>70121: Slippery Vlaviu Commando Wiggles: BF XVII |
|---|---|---|---|

21. Based on your Affiant's review of the order information related to Clifford Perian, as well as my review of a sampling of films purchased by Clifford Perian, your Affiant has probable cause to believe that Clifford Perian purchased child pornography and child erotica via the International Company's website. Further, based on your Affiant's knowledge, experience, and training, DVDs can be played on most computers. Also in my training and experience, I know that computers may retain evidence of videos played on them, including information about the programs used to play the videos, and the dates and times videos are played. Information on the computer may also show who was playing the videos during those dates and times depending on things such as the operating system and logging information that the computer uses. Below are summary descriptions of portions of the films ordered by Clifford Perian.

**70121: Slippery Vlaviu Commando Wiggles: Boys Fight XVII**
This film depicts minor boys setting up an inflatable pool inside an apartment. The boys undress to their underwear and get buckets of water to put in the pool. The boys then take off their underwear and put on white underwear. The boys get into the pool and wrestle. At one point the boys rip off each other's underwear and continue to wrestle nude. The boys introduce various substances throughout the movie, such as baby oil, whipped cream, ketchup, and juice and pour the substances on each other. The boys then rub the substances on each other's bodies. At the end, the boys get out of the pool and go in the shower together. The boy's naked genitals are exposed for many minutes at a time and in various positions as they are wrestling. There are close-up shots of their genitalia throughout the movie. Based on my knowledge, training, and experience, the film is intended to elicit a sexual response in the viewer and involves the lascivious exhibition of the genitals or pubic area of the minors.

**70123: Boys Fight XVIII: Commando Squared**
The film begins with four minor boys at a beach setting, playing in the water in their swimsuits. The film then depicts three or four minor prepubescent boys in a bath, sauna, and shower area totally nude. The boys wrestle on the shower floor naked and there are many shots containing close-ups of the boys' genitals and pubic areas. The boys are then filmed while playing checkers while nude. Based on my knowledge, training, and experience, the film is intended to elicit a sexual response in the viewer and involves the lascivious exhibition of the genitals or pubic area of the minors.

**70159: Paul in Pictures (Download Zip Drive)**
The photo set Paul in Pictures contains 393 photos of a young boy and in nearly all of the photos, he is nude. The photos are taken in a room that is draped with black satin sheets. The boy poses in various positions: standing up, laying down, seated in a chair, on all fours, kneeling, with a leg up on a chair, and laying on his back with his feet up over his head. In several of the photos the boys legs are spread and his genitalia is clearly exposed. There are some close-up shots of the genitalia. In some of the photos the boy's anus is clearly exposed. It should be noted that the boy in these photos is the same boy in the movies BF v2.0: FKK Paul + Calin and BF v2.0: Paul & Calin's Home Video. In BF v2.0: FKK Paul + Calin, the boy states his name is Paul and that he is in the 7th grade. Based on my knowledge, training, and experience, these photos are intended to elicit a sexual response in the viewer and involves the lascivious exhibition of the genitals or pubic area of the minors.

### ADDITIONAL CYBERTIPS AND IDENTIFICATION OF CLIFFORD ERIC PERIAN

22. On May 20, 2013, the National Center of Missing and Exploited Children (NCMEC) provided the U.S. Postal Inspection Service with numerous CyberTipline reports relating to email

addresses hudsonholly@yahoo.com, likeballtorture@yahoo.com and cliffp05@comcast.net and an individual they subsequently identified as relating to those email addresses; CLIFFORD ERIC PERIAN located at 351 S HOLLY ST, DENVER, CO, 80246-1419, DENVER COUNTY.

23. On or about February 16, 2012 and again on May 13, 2013, the United States Department of Justice Criminal Division, Child Exploitation and Obscenity Section issued an administrative subpoena to Comcast Legal Response Center for email address; cliffp05@comcast.net. The cliffp05@comcast.net email address related to the "International Company" customer list orders for CLIFFORD ERIC PERIAN. On or about May 14, 2013, Comcast provided the following relevant information in response to the administrative subpoena:

   Accountholder:      CLIFFORD PERIAN
   Service Address:    351 S HOLLY ST, DENVER, CO, 80246-1419
   Service Type:       High Speed Internet
   Account Status:     Active
   Current IP:         174.51.238.106 as of 5-14-2013
   Email User ID       cliffp05

48. On or about May 13, 2013, the United States Department of Justice Criminal Division, Child Exploitation and Obscenity Section issued an administrative subpoena to the Custodian of Records for YAHOO!, INC for email addresses; hudsonholly@yahoo.com and likeballtorture@yahoo.com. These email addresses appear in numerous CyberTipline reports provided to your affiant and detailed in the paragraphs below. On or about May 17, 2013, Yahoo! INC responded to the administrative subpoena via fax and provided the following relevant information hudsonholly@yahoo.com:

   Login name:                          hudsonholly
   Alternate Communication Channel:     cliffp05@comcast.net
   Account Created Date:                March 19 2006
   Other Identities:                    hudsonholly, likeballtorture, bareboylver, boyluvman, hudsonholly2
   Full Name:                           Mr. Eric Clifford
   City:                                Denver
   State:                               CO
   Zip:                                 80246
   Listed IP Address in LOGS:           174.51.238.106

49. Your affiant knows from training and experience that when a residence has "High Speed Internet" service, it means that the residence is equipped with connection points allowing computers and computer users to connect to the Internet. This includes access to online email services, web sites, and other Internet services. In my training and experience, the primary reason for a residence to be equipped with High Speed Internet is to facilitate the residents' use of computers and other internet-enabled devices inside the home.

50. On or about May 13, 2013, the United States Department of Justice Criminal Division, Child Exploitation and Obscenity Section issued an administrative subpoena to Comcast on IP address 174.51.238.106 which was located in the order detail files of the "Company's" customer list for Clifford Perian using email address cliffp05@comcast.net. The "Company's" order detail file dated March 24, 2011 listed an IP address of 174.51.238.106 being used to order Product ID DL70159ZIP "Paul in Pictures." This order detail also shows the product being mailed a separate DVD of "Paul in Pictures"

and was shipped on March 25, 2011 to Clifford Perian at 351 S. Holly St., Denver, Colorado 80246 with a phone number provided as (303) 388-4937 and email address of cliffp5@comcast.net. The administrative subpoena resulted in a known account.

Subscriber Name:  CLIFFORD PERIAN
Service Address:   351 S HOLLY ST, DENVER, CO, 80246-1419

51. NCMEC is a private, nonprofit organization that provides services nationwide to families and professionals relating to preventing the abduction and sexual exploitation of children.  Pursuant to its mission and congressional authorization, NCMEC operates the CyberTipline and the Child Victim Identification Program to provide assistance to law enforcement in its efforts to identify victims of child pornography and child sexual exploitation.  CyberTipline reports are forwarded to law enforcement for independent review and analysis.

52. On May 20, 2013, your affiant reviewed CyberTipline Report #540001, dated November 11, 2007.  The reporting person revealed to NCMEC that on a yahoo profile page at URL http://profiles.yahoo.com/hudsonholly the tipster stated the following about the profile: "man openly says he's looking for boys of any age, the younger the better he says, and by looking at a list of his interests he doesn't like to just have sex.  To me it looks as if he wants to be rough, very rough.  I don't think he's talking about tobacco (sic) when he lists snuff as on of his intrest (sic), someone should look into this very soon!"  According to the report, NCMEC accessed the URL http://profiles.yahoo.com/hudsonholly and reported that it found the following information associated with the profile:

    a. Cliff
        hudsonholly
        Last Update: 04/02/2006
        My Email: hudsonholly@yahoo.com
        Yahoo! ID: hudsonholly
        Real Name: Cliff
        Location: Denver CO.
        Age: 40
        Marital Status: Single And Looking
        Sex: Male
        Occupation: Automotive
        More About Me
      Hobbies: Teen boys, cock and ball torture, tit torture, anal, and electro torture!
        Latest News: Will torture boys ANY age, the younger, the better!
        Favorite Quote: Boy balls were created for torture!
      Interests
        * Teen Wrestling, Male Genitalia, Bondage, Pain, Boys, Gay Male, Teenagers, Masturbation, Fisting, The Longpigs, Final Fantasy, Snuff

53. On May 9, 2013, the Analyst at the National Center for Missing and Exploited Children provided your affiant information they located on a public website for finding people called "Spokeo." The email address hudsonholly@yahoo.com was associated on "Spokeo" with a "52 year old male" at address location "351 S Holly St, Denver, CO.

54. On May 20, 2013, a review of CyberTipline Report #1911641, dated May 9, 2013 was reviewed by affiant.  The reporting person revealed that on a yahoo profile page at URL

http://guiltygroups.com/slideshow/ "there were some pics that look like underage boys". NCMEC reported that at URL http://guiltygroups.com/slideshow there was the following posted from screen name "Boilvnman", "Hey guys! I'm still looking for perv dads who want to see their y ng sons sexually tortured for our enjoyment!" with the following emails provided cliffp05@comcast.net and hudsonholly@yahoo.com with additional contact information as "Or on y shoo msn gr as "Likeballtorture".

55. NCMEC further reported that at URL http://guiltygroups.com/profile/Boilvnman the profile for "Boilvnman" stated that there were other postings by screen name "Boilvnman" that read on May 3 "Looking for perv dads who share their y ng sons! Anyone in Denver?" with contact email information provided as cliffp05@comcast.net. On May 3 someone using the screen name "remycannone" responded back to this posting by "Boillvnman" by posting "Florida here dad 55 son 13". "Bolivnman" responded by with the following question, "What can we do to your son?"

56. On April 5, 2013 on the same URL and provided on CyberTipline Report #1911641, the following posting was made by the screen name "Boilvnman" which posted, "Any pervs who have access to y ng boys? I have a torture table, CBT (acronym for cock busting torture) tools anal tools, vacuum pumping equp. Needles, and several electro torture machines. Some will cause perm tissue and nerv damage!" The posting provided a contact email address at cliffp05@comcast.net.

57. Also on CyberTipline Report #1911641, dated May 9, 2013 on URL called karmtoad.com there was a forum that provides the following information: "There is a message board for posting ads looking for busters or bustees in your hometown; or looking for people to chat with; or contacting people in any way! On the menu it's called "Connections". Please use that board for such ads. Other than that feel free to post whatever you like here as long as it concerns ballbusting. Extreme CBT (by likeballtorture on Fri April 26th, 2013 3:01 AM) Looking for young teens to 20's boys for intense cock and ball torture! Lots of beating, crushing, vacuum pumping, and mostly Electro torture that wd drop a horse! Any willing boys? Or better yet, how bout some perv dads who want to see their young sons tortured for our enjoyment?" The posting leaves a contact email address of "contact me direct! "cliffp05@comcast.net.

58. As discussed, child pornography was delivered to 351 S HOLLY ST, DENVER, CO, 80246-1419, DENVER COUNTY on multiple occasions between 2005 and 2011. Further, and as set forth above, on May 14, 1013, Comcast identified CLIFFORD ERIC PERIAN as the subscriber to internet service at 351 S. Holly St., Denver, CO. Comcast also responded that the username for the person at that address is CLIFFP05. In my training and experience, Comcast email addresses end with @comcast.net. Therefore, the user of the email address at the S. Holly St. residence has the same email address as the cliffp05@comcast.net email address used above.

59. A check with the Colorado Division of Motor Vehicles, on or about May 16, 2013, revealed that an individual named CLIFFORD ERIC PERIAN, born in 1960, has a Colorado Driver's License. The record lists a home address of 351 S HOLLY ST, DENVER, CO, 80246-1419, DENVER COUNTY.

60. A local police records search was conducted for investigations and arrests related to CLIFFORD ERIC PERIAN or at the subject premise. The records indicated CLIFFORD ERIC PERIAN received a Careless Driving and Driving Under the Influence violation in 1992 but no other violations were noted.

## SEARCH WARRANT AT 351 S. HOLLY ST, DENVER, CO

61. On May 23, 2013, Postal Inspectors conducted a search warrant at the residence of Clifford Eric Perian located at 351 S. Holly St in Denver, CO. The following movies, among others, were found during the search:

| Movie Title(s): |
| --- |
| Czech Mates DVD |
| BF v2.0: FKK Paul DVD |
| Azov Buds DVD |
| Oskar Tetralogy DVD (4disc) |
| Summer by the Canal DVD |
| Paul In Pictures (PHOTOS) |
| Boys Fight XV!!!: Commando Squared DVD<br>Water Wiggles Going Commando: Boy Fights XI<br>Slippery Vlaviu Commando Wiggles: BF XVII |

62. Your affiant viewed two of the above listed DVDs. They are described below as follows, and are the same titles of two of the DVDs listed in paragraph 21, above:

**Slippery Vlaviu Commando Wiggles: Boys Fight XVII**
This film depicts minor boys setting up an inflatable pool inside an apartment. The boys undress to their underwear and get buckets of water to put in the pool. The boys then take off their underwear and put on white underwear. The boys get into the pool and wrestle. At one point the boys rip off each other's underwear and continue to wrestle nude. The boys introduce various substances throughout the movie, such as baby oil, whipped cream, ketchup, and juice and pour the substances on each other. The boys then rub the substances on each other's bodies. At the end, the boys get out of the pool and go in the shower together. The boy's naked genitals are exposed for many minutes at a time and in various positions as they are wrestling. There are close-up shots of their genitalia throughout the movie. Based on my knowledge, training, and experience, the film is intended to elicit a sexual response in the viewer and involves the lascivious exhibition of the genitals or pubic area of the minors.

**Paul in Pictures**
The photo set Paul in Pictures contains 393 photos of a young boy and in nearly all of the photos, he is nude. The photos are taken in a room that is draped with black satin sheets. The boy poses in various positions: standing up, laying down, seated in a chair, on all fours, kneeling, with a leg up on a chair, and laying on his back with his feet up over his head. In several of the photos the boys legs are spread and his genitalia is clearly exposed. There are some close-up shots of the genitalia. In some of the photos the boy's anus is clearly exposed. It should be noted that the boy in these photos is the same boy in the movies BF v2.0: FKK Paul + Calin and BF v2.0: Paul & Calin's Home Video. In BF v2.0: FKK Paul + Calin, the boy states his name is Paul and that he is in the 7th grade. Based on my knowledge, training, and experience, these photos are intended to elicit a sexual response in the viewer and involves the lascivious exhibition of the genitals or pubic area of the minors.

63. Additionally, the search of the residence revealed a bondage table, "genital stimulus" paraphernalia, and other devices intended for sexual purposes.

## INTERVIEW OF CLIFFORD ERIC PERIAN

64. On May 23, 2013, Postal Inspectors contacted Mr. Perian at his place of employment, Brakes Plus, 5594 S Gibraltar Way, Centennial, CO 80015. Perian was told he was not under arrest and agreed to travel with Postal Inspectors to the USPIS office downtown Denver. Perian was given the option to drive his personal car or ride with Postal Inspectors. Perian chose to ride with Postal Inspectors to their office.

Postal Inspectors transported Perian, not in handcuffs, to the USPIS office located at 1745 Stout St, #900, Denver, CO 80299.

65. During the interview, Perian admitted to ordering videos online from the "company" and admitted to receiving them in the U.S. Mail. Perian stated he paid for the movies using his Wells Fargo debit card. He said that he did not find them particularly sexually arousing.

66. Perian also admitted to receiving images through internet chat rooms and over email of young males under the age of 18 engaged in sexual activity with male adults. Perian estimated he received approximately 300 such images.

67. Perian stated he primarily used the email address of cliffp05@comcast.net but also stated he had yahoo email addresses of hudsonholly@yahoo.com, and likeballtorture@yahoo.com. Perian said he used the screen name of boilvnman when on some internet chat rooms and groups.

68. Perian agreed to take a polygraph and was issued his Miranda Rights. Perian signed the Inspection Service Form IS 1067, Warning and Waiver of Rights, acknowledging his rights and he agreed to answer questions. Perian also signed the agreement to take a polygraph. During the interview, Perian admitted to sexually touching and being sexually touched by at least three boys ages 16 to 17 in approximately 2004-2006.

69. Perian also stated in approximately 2005 he put a fourth boy, age 16, onto his bondage table and strapped him down. While the boy was on the bondage table, Perian admitted to touching the boy in the genital area and feeling the boy get an erection.

70. Perian stated he has been to Water World and taken pictures of young boys under the age of 18. Perian said he did not personally know any of the boys he took pictures of at Water World.

71. Perian said he witnessed young boys, ages 8-12, "messing around in the shower" at the Elitch Gardens water park. Perian stated he did not take pictures of the boys but was aroused by the boys and masturbated to the thought of them in the shower after he returned home to his residence.

72. Perian said he was attracted to some relatives of his when the boys were approximately 8 years old. Referring to the oldest of the two, Perian said he "would have liked to rub him and fondle him." Perian went on to state he purposely touched the boy's groin area with a light tap or quick pressure while he was wrestling on the ground with them. Perian referred to this as the "sac tapping game." Perian said he was slightly aroused by this but not to the point of an erection.

73. At the conclusion of the interview and after Perian's statements, your affiant made the determination to arrest Perian based on the existence of probable cause that Perian had committed a violation of 18 United States Code, Section 2252A(a)(2)(B), Receipt of Child Pornography.

////

## **CONCLUSION**

74. Based on the above, I believe there is probable to arrest CLIFFORD ERIC PERIAN for violation of Title 18, United States Code, Section 2252A(a)(2)(B). I, therefore, respectfully request that the attached warrant be issued authorizing the arrest.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

_s/Robert C. Barnett_
**Robert C. Barnett, Postal Inspector**
**United States Postal Inspection Service**

SUBSCRIBED and SWORN before me this 24th day of May 2013

_____
UNITED STATES MAGISTRATE JUDGE

Application for arrest warrant was reviewed and is submitted by Judith A. Smith, Assistant United States Attorney.